# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00778-CV

---

**Johnathan Cooper, Appellant**

**v.**

**David Schulman, Appellee**

---

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-004318, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Johnathan Cooper appeals from the trial court's final summary judgment in favor of David Schulman. Cooper has filed several motions for extension of time to file his appellant's brief, contending that there are multiple outstanding reporter's records of hearings, some dating back to 2018, that he has requested and requires to prepare his brief and present his case on appeal but that have not been filed in this Court or provided to him. We abate this appeal and remand this cause to the trial court for a determination of which outstanding reporter's records are still available and to which Cooper is entitled a copy. This case will be reinstated after it receives a supplemental clerk's record containing a status report from the District Clerk's office or findings made by the trial court regarding the outstanding reporter's records sought by Cooper, including his entitlement

thereto and the availability thereof.  Either a status report from the District Clerk or findings by the trial court must be provided to this Court by November 1, 2024.

It is ordered on September 25, 2024.


Before Justices Baker, Smith, and Theofanis

Abated and Remanded

Filed:   September 27, 2024